# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**TYRONE BLOCKER**,

    Plaintiff,

v.

**UNIVERSAL MUSIC PUBLISHING GROUP**,

    Defendant.

Case No. 3:14-cv-01650-SB

**ORDER**

**Michael H. Simon, District Judge.**

    United States Magistrate Judge Stacie F. Beckerman issued Findings and Recommendation in this case on February 26, 2015. Dkt. 14. Judge Beckerman recommended that Plaintiff's Second Amended Complaint (Dkt. 7) be dismissed with 30 days leave to replead. No party has filed objections.

    Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C). If a party files objections to a magistrate's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

    If no party objects, however, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."). Nor does the Act "preclude further review by the district judge[] *sua sponte* . . .

PAGE 1 – ORDER

under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. And the Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record." As no party has made objections, the Court follows the recommendation of the Advisory Committee and reviews Judge Beckerman's Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Beckerman's Findings and Recommendation. Dkt. 14. Plaintiff's Second Amended Complaint (Dkt. 7) is DISMISSED.

**IT IS SO ORDERED.**

DATED this 3rd day of April, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 2 – ORDER